IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEVIN MARET** | * | CIVIL ACTION NO. 4:09-CV-3238 |
| *Plaintiff* | * | |
| | * | JUDGE RICHARD G. KOPF |
| *VERSUS* | * | |
| | * | RULE 26(F) REPORT |
| | * | |
| **PRO CIRCUIT PRODUCTS INC.** | * | |
| **ET AL** | * | |
| *Defendants* | * | |

The following attorneys conferred to prepare the Report of Parties Planning Conference:

    For the Plaintiff:    Glenn C. McGovern, for Plaintiff Kevin Maret

    For the Defendant:    Michael Friedland, for defendant Works Connection
                               Steven Davidson, for defendant Works Connection
                               Jaye Heybl, for defendant Pro-Circuit

The parties discussed the case and jointly make the following report:

A: Motions to amend the pleadings or to add parties shall be filed by December 31, 2010.

B: Experts and, unless otherwise agreed, expert reports shall be served by March 1, 2011, and rebuttal expert reports by April 1, 2011.

C: Discovery, including depositions, will be completed by April 1, 2011 and expert discovery by May 1, 2011.

D: Motion to dismiss, motions for summary judgment, or motions to exclude expert testimony on *Daubert* and related grounds will be filed by June 1, 2011.

E: Other matters to which the parties stipulate and/or which the court should know or consider: None.

F: This case will be ready for trial before the court by: August 1, 2011. The anticipated length of trial is 5-7 days.

DATED:  *October 8, 2010*

| | |
|---|---|
| *s/Glenn C. McGovern*  <br> GLENN C. McGOVERN <br> Counsel for Plaintiff Kevin Maret <br> P.O. Box 516 <br> Metairie, LA 70002 <br> Phone (504) 456-3610 <br> Fax (504)456-3611 | s/MichaelFriedland <br> MICHAEL FRIEDLAND <br> Counsel for Works Connection <br> 2040 Main St. #14th Floor <br> Irvine, CA 92614 <br> Phone (949) 760-0404 <br> Fax (949)760-9502 |
| | *s/ Jaye Hebl* <br> JAYE HEYBL <br> Counsel for Pro-Circuit <br> 2815 Townsgate Rd, #215 <br> Westlake, CA 91361-5827 <br> Phone (805) 373-0060 <br> Fax (805) 373-0051 |