IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN MARET, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3238 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| PRO CIRCUIT PRODUCTS, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the parties' joint motion for protective order (filing no. 85). Counsel for the plaintiff submitted a proposed protective order to the undersigned's chambers. The proposed protective order is substantially deficient.

Paragraph VII, "Filing Confidentially Designated Materials with the Court" cites to Fourth Circuit law and a local rule which does not apply in the District of Nebraska. Further, the proposed procedure for filing confidential and restricted documents with the court does not comply with NECivR 5.0.3 and 7.5 or the filing of documents using CM/ECF in general. The parties should revise the proposed protective order to comply with Eighth Circuit law and the local rules of this court. The proposed protective order should also include a caption with the appropriate reference to this court and the specific case for which it is submitted.

The parties must review this court's procedures for filing sealed or restricted documents, found at http://www.ned.uscourts.gov/cmecf/training.html. The parties may also wish to review protective orders previously accepted by this court, such as filing no. 61-1, found in case no. 4:09cv03075.

IT IS ORDERED that the parties motion for protective order (filing no. 85) is denied.

DATED this 18th day of November, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge