IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN MARET, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3238 |
| | ) | |
| V. | ) | |
| | ) | |
| PRO CIRCUIT PRODUCTS, INC., | ) | ORDER |
| WORKS CONNECTION, INC., TUF | ) | |
| RACING PRODUCTS, INC., DEVOL | ) | |
| ENGINEERING, INC., and OUT LAW | ) | |
| RACING PRODUCTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED, the parties' joint motion for Stipulated Protective Order (filing no. 88) is granted.

DATED this 7th day of December, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*

United States Magistrate Judge