IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN MARET, | ) | 4:09CV3238 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WORKS CONNECTION, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that plaintiff's motion to file confidential settlement documents under seal (filings 98 and 100) are granted.

April 25, 2011.                              BY THE COURT:

*Richard G. Kopf*
United States District Judge