**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEVIN MARET** | * | CIVIL ACTION NO. 4:09-CV-3238 |
| *Plaintiff* | * | |
| | * | SECTION: RGK-JUDGE RICHARD G. KOPF |
| | * | |
| *VERSUS* | * | |
| | * | MAGISTRATE: RGK |
| | * | |
| | * | [PROPOSED] ORDER DISMISSING CLAIMS |
| **WORKS CONNECTION, INC.,** | * | WITH PREJUDICE |
| **PRO CIRCUIT PRODUCTS INC.** | * | |
| **TUF RACING PRODUCTS INC.** | * | |
| **D/B/A A/K/A UFO PLAST,** | * | |
| **DEVOL ENGINEERING, INC.** | * | |
| **AND OUTLAW RACING** | * | |
| **PRODUCTS, INC. D/B/A A/K/A** | * | |
| **PIT-POSSE MOTORSPORTS** | * | |
| *Defendants* | * | |
| | * | |

## ORDER DISMISSING WITH PREJUDICE CLAIMS BETWEEEN KEVIN MARET AND WORKS CONNECTION, INC.

Pursuant to the stipulation of the parties, its is HEREBY ORDERED,

1.  That all claims and counterclaims between Plaintiff Kevin Maret and Defendant Works Connection, Inc. are dismissed with prejudice.

2.  The parties are to bear their own attorneys' fees and costs.

3.  This Court shall retain jurisdiction over the enforcement of the parties' Settlement Agreement, which has been filed under seal; and pursuant to which Works Connection, Inc. has agreed to discontinue making its EZ Holeshot pin-style holeshot device effective immediately

and discontinue selling and offering for sale its EZ Holeshot pin-style holeshot device after October 1, 2011.

4. Plaintiff Kevin Maret expressly reserves all rights against all other defendants, including Pro Circuit Products Inc.

Lincoln, Nebraska, this 25 day of April, 2011 RGK

UNITED STATES DISTRICT JUDGE

AGREED TO:

Glenn C. McGovern (La. Bar #9321)
Mailing Address:
P.O. Box 516
Metairie, Louisiana 70004-0516
Physical Address:
2637 Edenborn Avenue, Suite 101
Metairie, Louisiana 70002
Telephone: (504) 456-3610
Facsimile: (504) 456-3611
Email: gcmcg@mac.com

*ATTORNEY FOR PLAINTIFF,*
*KEVIN MARET*

And

Mr. Michael K. Friedland ( CA Bar # 157217)
(admitted pro hac vice)
Knobbe, Martens, Olson & Bear, LLP

2

2040 Main Street, Fourteenth Floor
Irvine, CA 92614

Telephone: 949-760-0404
Facsimile: 949-760-9502
Email: mfriedland@kmob.com
***ATTORNEY FOR DEFENDANT,
Works Connection, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above Consent Judgment electronically with the Clerk of Court by suing CM/ECF System, and a copy has been forwarded to all parties via U.S. First Class mail, postage prepaid and properly addressed on this ___ day of ___, 2010.

Glenn C. McGovern, Attorney for Kevin Maret